USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BERNARDO DUBON, *et al.*,

                    Plaintiffs,

              -against-

V&P USED PALLET, INC., *et al.*,

                    Defendants.
-----------------------------------------------------------------X

1:24-cv-5041-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On August 7, 2024 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 21, 2024. Dkt. No. 19. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's August 7, 2024 order forthwith, and in no event later than September 18, 2024.

    SO ORDERED.

Dated: August 28, 2024
New York, New York

                                                  GREGORY H. WOODS
                                           United States District Judge