```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2025
```

# PECHMAN LAW GROUP PLLC

### LABOR & EMPLOYMENT ATTORNEYS

**MEMORANDUM ENDORSED**

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

January 7, 2025

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District Court of New York
500 Pearl Street
New York, New York 10007

     Re: *Dubon et al. v. V & P Used Pallet, Inc. et al.*
          No. 24 Civ. 5041 (GHW)

Dear Judge Woods:

     We represent Plaintiffs Bernardo Dubon, Arturo Castaneda, and Ramon Avila in the above-referenced wage-and-hour matter. We submit this letter jointly with Defendants to request an adjournment of the initial conference scheduled on January 23, 2025, at 3:00 p.m.

     We make this request due to a scheduling conflict. Counsel for Plaintiffs has a scheduled mediation in the matter of *Tumilowicz, et al. v. Unadilla Valley Central School District*, 24 Civ. 692 (GTS) (ML) to take place in person at the Binghamton Courthouse for the Northern District of New York. This mediation has been scheduled since November 2024. The Parties are continuing their settlement discussions and are otherwise fully prepared to submit case management plan described in the Court's July 3, 2024 Order by January 16, 2025 as required by Court's Order of December 9, 2024.

     We thank the Court for its time and attention to this matter and are available to discuss it in further detail with the Court if necessary.

Respectfully submitted.

s/*Vivianna Morales*

Vivianna Morales

cc: Martin C. Chow, Esq. (Counsel for Defendants)

---

Application granted. The parties' January 7, 2025 request to adjourn the initial pretrial conference, Dkt. No. 26, is granted. The initial pretrial conference scheduled for January 23, 2025 is adjourned to February 7, 2025 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's December 9, 2024 order are due no later than January 31, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.

DATED: January 7, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge