UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BERNARDO DUBON, ARTURO
CASTANEDA, and RAMON AVILA,

                           Plaintiffs,                    24 Civ. No. 5041 (GHW)

            -against-                           **PRE-SETTLEMENT**
                                                            **CONFERENCE ORDER**

V & P USED PALLET, INC., JOHNNY
POORAN, KEVIN POORAN, and
FATIMA POORAN,

                           Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, September 16, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 648 277 529#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in November 2025.

       SO ORDERED.

DATED:     New York, New York
                August 7, 2025

                                                        _____
                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge